UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 32156
   SUSAN JORDAN KENNEY
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

       Debtor
   SSN XXX-XX-5437
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/15/05 and confirmed on 10/20/05.

2. The case was converted to Chapter 7 after confirmation, 04/12/2007.

3. The Debtor paid a total of $ 36361.72 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CITIFINANCIAL MORTGAGE | CURRENT MORTG | 25547.13 | .00 | 25547.13 |
| CITIFINANCIAL MORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| BENEFICIAL FINANCE CORPO | SECURED | 7218.18 | .00 | 7218.18 |
| KANE COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| DISNEY VACATION CLUB | UNSECURED | NOT FILED | .00 | .00 |
| PERSONAL FINANCE | SECURED VEHIC | 5404.00 | .00 | .00 |
| BEST BUY/HRS USA | SECURED | 50.00 | .00 | .00 |
| ALL AMERICAN CASH ADVANC | UNSECURED | 2425.64 | .00 | .00 |
| ASSOCIATED PATHOLOGY CON | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 733.55 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1822.70 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 261.06 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1413.94 | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | 170.11 | .00 | .00 |
| COLLECTIONS TODAY | UNSECURED | NOT FILED | .00 | .00 |
| DISNEY VACATION CLUB | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 281.37 | .00 | .00 |
| JOI COUNSELING CTR | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| KOHLS | UNSECURED | 537.78 | .00 | .00 |
| LABORATORY CORP OF AMERI | UNSECURED | NOT FILED | .00 | .00 |
| MCADAMS & MCADAMS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 768.78 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 392.58 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 822.99 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 423.81 | .00 | .00 |

```
WELLS FARGO FINANCIAL IN UNSECURED         3988.28              .00          .00
WELLS FARGO FINANCIAL BA UNSECURED         3585.79              .00          .00
      Summary of disbursements:
-------------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  32815.31       .00     17628.38     5404.00     55847.69
PRINCIPAL PAID      32765.31       .00          .00          .00    32765.31
INTEREST PAID             .00      .00          .00          .00         .00
TOTAL PAID          32765.31       .00          .00          .00    32765.31
```

The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $   2200.00 and was paid $   2200.00 .

The Trustee received $   1396.41 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 07/17/07                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 05 B 32156 SUSAN JORDAN KENNEY